

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00175-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01215
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Original Proceeding[1]

Sitting:       Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Liza A. Rodriguez, Justice

On April 14, 2022, relator filed an amended petition for writ of mandamus challenging the trial court's April 13, 2022 order in addition to its March 16, 2022 order. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the amended petition for writ of mandamus in this court **no later than fifteen (15) days from the date of this order.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 5, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This original proceeding arises out of Cause No. 2013-PA-01215, styled *In the Interest of E.H., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.